

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JOSEPH SOLARI, | Case No. ED CV 14-0098 VAP (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARION SPEARMAN, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 24 2014

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE